**Exhibit A to the Complaint**

**Location:** Farmingdale, NJ  
**Total Works Infringed:** 25

**IP Address:** 72.76.230.210  
**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5D81E96D731A4FB3201D44BD6BF78621C0D1C8BF<br>File Hash: 5F49B0C30927CAD34E18D369D6BDB23C00E1B297355050A504E23A0DA7A97C9D | 09/07/2024 19:54:08 | Vixen | 08/23/2024 | 09/18/2024 | PA0002490435 |
| 2 | Info Hash: 5365E896DFCB48C179C4C7D6398ECA3E52967FEE<br>File Hash: BBCCB96F2F05A975E35D159398DB24636B54ECB55E5FEC9B0DC46910693A3640 | 09/06/2024 00:28:09 | TushyRaw | 09/03/2024 | 09/18/2024 | PA0002490531 |
| 3 | Info Hash: 609433010E2A8858F757C9AB8E870347B14F2885<br>File Hash: 5C77BF8115346DBD085DE66B4C464F57832F8C20B23BEA707D3E9A4751283DF7 | 08/17/2024 14:19:49 | Vixen | 08/16/2024 | 09/18/2024 | PA0002490433 |
| 4 | Info Hash: E8C681A55A3C15DE5DEF6BF8C190042DC1E9CE78<br>File Hash: C974CC82D636E64CCAB52AB28660DB961A028D9784F06E7B9D0F42C6A07498DA | 07/15/2024 22:32:36 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 5 | Info Hash: D7B5EEF3D75BD7ED6E8707D06DC45CE2644149BD<br>File Hash: 941225C1E42D9A26C353AB0A56928E28A058C9F23DB4DDC5F0B267BB98F05EA8 | 07/13/2024 17:24:48 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |
| 6 | Info Hash: 692D2469BC0E8CBF949C604874717A0A2EC8F251<br>File Hash: 011C6A647682855005D9B8CD0CCE94FF2F7282BDEE273C8CA4B72D9EC1A3A6AA | 07/04/2024 22:18:50 | TushyRaw | 07/02/2024 | 07/15/2024 | PA0002480607 |
| 7 | Info Hash: 64FB449480412F50CFEC3089B2BA7B2D4418A26E<br>File Hash: 95F99F3FE0EB6D4664C0DF06A00FC9A83E22CDD765BA8DA3277C693D890FEA00 | 05/20/2024 22:54:53 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 8 | Info Hash: C0771949CE43AA8B4274E3A80D2538DD7809C1B7<br>File Hash: D26AAF65FBC2B91CE4159421E632C16C289CADCE70C0AA254CA29048986F697B | 05/12/2024 17:03:28 | Vixen | 05/10/2024 | 06/18/2024 | PA0002476920 |
| 9 | Info Hash: 14FC83CC4970AA157110A18250761FD643B7FECE<br>File Hash: B39858D94F660A657E2EBAE9C9F263E504986B17BCD0F9FBA4D5ECF7B377C688 | 05/09/2024 22:40:45 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 10 | Info Hash: D051DF06CECE4DBDFE5EC6DF4D27EA9EFF9C3922<br>File Hash: 1F65324DB6E1FE75021BCFBDF8E750E5ED34AD2EB47D3F0C4036982E8B2BBB86 | 04/15/2024 12:49:51 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 11 | Info Hash: B58B66CA9BA2A39CABE213E5B646F3745C88764B<br>File Hash: 0928C40FCBDD0F6D69755C084858C56715F8D8D092684E652A7825674D36706F | 03/18/2024 23:17:08 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A9E707072EBD8F3B8FCB9B7F456A9FA3E5CF6E9B<br>File Hash: A3EE9049AC988EF44A6C7BE3B5A95B1D3792387FDB9921FEC1A286286A5D58CF | 02/12/2024 19:54:43 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 13 | Info Hash: 05F65F4739CAE7DD7802AF3789298B6D25982851<br>File Hash: 59489232CA45EA646DC46043021B83A1CD854CED695B0D2A226F198A2264F939 | 02/11/2024 20:07:33 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 14 | Info Hash: FBDD6652388543D00335B8AB11D0FB4AE09C3D9E<br>File Hash: 7A8560E6CE45D8C720BA3BFF599060170B44ED6CC7E87449E69C6BF3B5F18A1F | 01/26/2024 23:36:54 | Slayed | 01/23/2024 | 03/15/2024 | PA0002461469 |
| 15 | Info Hash: CC5BDE9408FDAFF309F4EB8637A4FAAB3C5FFCE4<br>File Hash: 9048A68BCEF126E27E2F206324076A01E875C722977CD02DB79D4308184E788B | 01/19/2024 19:24:09 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 16 | Info Hash: E74BC429D78D066EB7071961E93098C436CEC9BF<br>File Hash: 68E7475EDEC24881E0A28DE02B6747A1AFF6C05FDCD2ABE7C734FB5ACD87AEFD | 01/14/2024 21:45:29 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 17 | Info Hash: 5C15D7B1E085DA5974872953B9F024335022AE16<br>File Hash: 29C767C6B7B895B937EF70F5964AC952D8B014E3B6934D7B9183DCB3F37C80EA | 12/23/2023 01:22:29 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 18 | Info Hash: 75174762BA7B6C13BB04770960A9569630EDD416<br>File Hash: 752D928DBA45022DA29F5E21E1EB12E265D5C8B635050305C00EAB1B9AB1E2A7 | 12/23/2023 01:12:01 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |
| 19 | Info Hash: E600BEFB6E1042F27BBD7663AC0096842FC6B885<br>File Hash: 1910BFCD3E0B9A5221E52CD02BF9F056DEE2CE7FC8EB127E60A25B9039E2249B | 10/28/2023 17:30:39 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 20 | Info Hash: 5680AC27292CA613572B31B43F435B1EE6EC780B<br>File Hash: 2EA2C863118D8EEF4B5224567AC9E45A186CF3DF7CE49130B67ACB11F38A76C4 | 10/12/2023 20:36:50 | Vixen | 10/06/2023 | 10/18/2023 | PA0002435605 |
| 21 | Info Hash: 2E3A223434A89130D1010851F0A380DF6C355913<br>File Hash: D465FD7EA41AF97A2F24B8884FAAF3150C27F7CCFE33F7F9624CB0B307CAC767 | 09/25/2023 22:37:22 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 22 | Info Hash: 34F8F9FBE4474F951D0687FA05ED12714C1ADDA0<br>File Hash: 4FB1F500EE6A3D78C164CF44A8A759FB13F2AFAEF938D5366F7008C6DBA06084 | 09/23/2023 03:19:22 | Vixen | 09/22/2023 | 10/18/2023 | PA0002435594 |
| 23 | Info Hash: 6F42DBBBEF77583673DBE10DF29BF07D7778723B<br>File Hash: D5868938182533A536EF7C45577A213972E45CB6CC0802574C26082859DEB5F6 | 08/11/2023 22:53:30 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 8D78BEADE709E795463C2C02CF0EC9914A8A1979<br>File Hash:<br>4EC21BA20107511F6E87A23620DA80C535FB71D61B0BF966EA98D06B37B52F4A | 08/08/2023<br>00:42:07 | Slayed | 08/01/2023 | 08/22/2023 | PA0002431033 |
| 25 | Info Hash: 36ABF50E31FBCC7F4BC6B8F637AEDA1F9B80DB0D<br>File Hash:<br>2EF05D183762FDC7393E9FC2457FAC18B33AB2F768621E5632D6979F3D9B5C51 | 02/27/2023<br>01:27:26 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |